**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Angel LABRA, Defendant-Appellant**

**No. 16-41520
Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed June 20, 2017

Traci Lynne Kenner, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Tyler, TX, for Plaintiff-Appellee

Angel Labra, Pro Se

Before SMITH, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Angel Labra has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Labra has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

is GRANTED, counsel is excused from further responsibilities herein, and the AP-PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.